**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** ) | |
| ) | **Case No. 19-20824-GLT** |
| ) | |
| ) | **Chapter 13** |
| **Brenda L. Richmond, AKA Brenda L.** ) | |
| **Thompkins** ) | |
| **Debtor** ) | |
| _____X | |

**STIPULATED ORDER MODIFYING PLAN**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]***:**

❑   a motion to dismiss case or certificate of default requesting dismissal

❑   a plan modification sought by:

❑   a motion to lift stay
as to creditor  _____

☒   Other:   **People's Gas Motion for Administrative Claim**

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Amended Chapter 13 Plan dated August 29, 2019

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒   Debtor's Plan payments shall be changed from $1,253.00 per month to $1,413.00 per month, effective June 2022. The increase in payment of $160.00 per month is to account for arrears owed to People's Gas in the amount of

-1-

    $1,167.00 and the current CAP budget payment of $104.00 per month. The Debtor will amend the Wage Attachment upon the signing of this Order. **The last four digits of the post-petition account number are 6281.**    .

- ❏   In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

- ❏   Debtor(s) shall file and serve _____ on or before _____.

- ❏   If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

- ❏   If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

- ❏   Other: _____

  **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

  **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this \_\_\_\_ day of _____, 2022

Dated: _____

_____
United States Bankruptcy Judge

Stipulated by:

/s/ Matthew M. Brennan
Matthew M. Brennan, Esq.
PA ID #90195
Attorney for Debtor
Law Office of Matthew M. Brennan, Esq.
201 S. Highland Ave., Suite 201
Pittsburrgh, PA
412-414-9366
attorneymatthewbrennan@gmail.com

Stipulated by:

/s/ James C. Warmbrodt
James C. Warmbrodt
PA ID #42524
Attorney for Chapter 13 Trustee
U.S. Steel Tower- Suite 3250
600 Grant Street
Pittsburgh, PA 15219
412-471-5566
jwarmbrodt@chapter13trusteewdpa.com

Stipulated by:

/s/ Jeffrey R. Hunt_____
Jeffrey R. Hunt
PA ID #90342
jhunt@grblaw.com
GRB Law
525 William Penn Place, Suite 3110
Pittsburgh, PA 15219
412-281-0587
Counsel to affected creditor


cc:   All Parties in Interest to be served by Clerk