FILED
5/19/22 2:54 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** ) | |
| ) | **Case No. 19-20824-GLT** |
| ) | |
| ) | **Chapter 13** |
| **Brenda L. Richmond, AKA Brenda L.** ) | |
| **Thompkins** ) | Related Dkt. Nos. 56 and 60 |
| **Debtor** ) | |
| _____X | |

### AMENDED STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☐   a motion to dismiss case or certificate of default requesting dismissal

☐   a plan modification sought by:

☐   a motion to lift stay
    as to creditor    _____

☒   Other:    **People's Gas Motion for Administrative Claim**

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Amended Chapter 13 Plan dated August 29, 2019

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒   Debtor's Plan payments shall be changed from $1,253.00 per month to $1,413.00 per month, effective June 2022. The increase in payment of $160.00 per month is to account for arrears owed to People's Gas in the amount of

-1-

    $1,167.00 and the current CAP budget payment of $104.00 per month. The Debtor will amend the Wage Attachment upon the signing of this Order. **The last four digits of the post-petition account number are 6281.**

- ❑   In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

- ❑   Debtor(s) shall file and serve _____ on or before _____.

- ❑   If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

- ❑   If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

- ❑   Other: _____

   **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

   **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all effected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

-2-

**SO ORDERED**, this  19th day of   May          , 2022

Dated: _____

United States Bankruptcy Judge

Stipulated by:

/s/ Matthew M. Brennan
Matthew M. Brennan, Esq.
PA ID #90195
Attorney for Debtor
Law Office of Matthew M. Brennan, Esq.
201 S. Highland Ave., Suite 201
Pittsburrgh, PA
412-414-9366
attorneymatthewbrennan@gmail.com


Stipulated by:

/s/ James C. Warmbrodt
James C. Warmbrodt
PA ID #42524
Attorney for Chapter 13 Trustee
U.S. Steel Tower- Suite 3250
600 Grant Street
Pittsburgh, PA 15219
412-471-5566
jwarmbrodt@chapter13trusteewdpa.com

Stipulated by:

/s/ Jeffrey R. Hunt_____
Jeffrey R. Hunt
PA ID #90342
jhunt@grblaw.com
GRB Law
525 William Penn Place, Suite 3110
Pittsburgh, PA 15219
412-281-0587
Counsel to affected creditor


cc:   All Parties in Interest to be served by Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re: Case No. 19-20824-GLT
Brenda L. Richmond Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: May 19, 2022     Form ID: pdf900     Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brenda L. Richmond, 1204 Robina Drive, Pittsburgh, PA 15221-1355 |
| 15004179 | + | Aaa Debt Rec, Pob 129, Monroeville, PA 15146-0129 |
| 15059962 | + | FEDERAL PACIFIC CREDIT CO, PO BOX 27198, SALT LAKE CITY, UT 84127-0198 |
| 15049985 | + | Fast Loans (at Dollar Smart), c/o Karen L. Hughes, Esquire, AAS Debt Recovery Inc., 2526 Monroeville Blvd., Suite 205, Monroeville, PA 15146-2371 |
| 15004190 | + | Security Check, Attn: Bankruptcy Dept, 2612 Jackson Ave W, Oxford, MS 38655-5405 |
| 15004191 | + | Tyron R. Cole, 1204 Robina Drive, Pittsburgh, PA 15221-1355 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | May 19 2022 23:29:00 | City and School District of Pittsburgh, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: ebnjts@grblaw.com | May 19 2022 23:29:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | | Email/Text: bnc-quantum@quantum3group.com | May 19 2022 23:29:00 | Quantum3 Group LLC, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15004181 | + | Email/Text: bncnotifications@pheaa.org | May 19 2022 23:29:00 | AES/PHEAA, Attn: Bankruptcy, 1200 North 7th St, Harrisburg, PA 17102-1419 |
| 15042546 | | Email/Text: bnc@atlasacq.com | May 19 2022 23:29:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15004180 | + | Email/Text: bankruptcy@rentacenter.com | May 19 2022 23:29:00 | Acceptance Now, Attn: Acceptancenow Customer Service / B, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 15004182 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | May 19 2022 23:29:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 15051683 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | May 19 2022 23:29:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1873 |
| 15040233 | + | Email/Text: ebnjts@grblaw.com | May 19 2022 23:29:00 | City of Pittsburgh/School District of Pittsburgh, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 15301469 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | May 19 2022 23:29:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL 33146-1873 |
| 15463826 | + | Email/Text: ebnjts@grblaw.com | May 19 2022 23:29:00 | County of Allegheny, c/o GRB Law, Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite |

Case 19-20824-GLT    Doc 64    Filed 05/21/22    Entered 05/22/22 00:22:45    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 19, 2022 | Form ID: pdf900 | Total Noticed: 39 |

| | | | |
|---|---|---|---|
| 15040231 | + Email/Text: ebnjts@grblaw.com | May 19 2022 23:29:00 | 3110, Pittsburgh, PA 15219-1753 |
| | | | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 15004183 | + Email/Text: bankruptcy@sccompanies.com | May 19 2022 23:29:00 | Dr Leonard's/Carol Wright Gifts, Po Box 7823, Edison, NJ 08818-7823 |
| 15049996 | + Email/Text: kburkley@bernsteinlaw.com | May 19 2022 23:29:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15004185 | + Email/PDF: ais.fpc.ebn@aisinfo.com | May 19 2022 23:36:20 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15004186 | + Email/Text: bankruptcy@sccompanies.com | May 19 2022 23:29:00 | Ginnys/Swiss Colony Inc, Attn: Credit Department, Po Box 2825, Monroe, WI 53566-8025 |
| 15004184 | Email/Text: bnc-bluestem@quantum3group.com | May 19 2022 23:29:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 15027449 | Email/PDF: resurgentbknotifications@resurgent.com | May 19 2022 23:36:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15004187 | + Email/Text: bankruptcy@sccompanies.com | May 19 2022 23:29:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15004188 | + Email/Text: bankruptcy@sccompanies.com | May 19 2022 23:29:00 | Monroe & Main, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15004189 | + Email/Text: angela.abreu@northwest.com | May 19 2022 23:29:00 | Northwest Bank, Attn: Bankruptcy, Po Box 128, Warren, PA 16365-0128 |
| 15048514 | + Email/PDF: resurgentbknotifications@resurgent.com | May 19 2022 23:36:18 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 15016441 | + Email/Text: ebnpeoples@grblaw.com | May 19 2022 23:29:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15074250 | Email/Text: bnc-quantum@quantum3group.com | May 19 2022 23:29:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15046562 | Email/Text: bnc-quantum@quantum3group.com | May 19 2022 23:29:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 15011719 | Email/PDF: ebn_ais@aisinfo.com | May 19 2022 23:36:18 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 15009457 | + Email/Text: bankruptcy@huntington.com | May 19 2022 23:29:00 | The Huntington National Bank, 3 Cascade Plaza CAS056, Akron, OH 44308-1124 |
| 15004192 | + Email/Text: webadmin@vhllc.co | May 19 2022 23:29:00 | Vance & Huffman Llc, Attn: Bankruptcy, 55 Monette Pkwy Ste 100, Smithfield, VA 23430-2577 |
| 15004193 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 19 2022 23:29:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 15041092 | Email/PDF: ebn_ais@aisinfo.com | May 19 2022 23:36:18 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15004194 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 19 2022 23:29:00 | Verizon Wireless, Attn: Verizon Wireless Bankruptcy Admini, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |
| 15004195 | + Email/Text: bankruptcynotice@westlakefinancial.com | May 19 2022 23:29:00 | Westlake Financial Services, Customer Care, Po Box 76809, Los Angeles, CA 90076-0809 |
| 15032464 | + Email/Text: bankruptcynotice@westlakefinancial.com | May 19 2022 23:29:00 | Westlake Financial Services, 4751 Wilshire Blvd., |

Case 19-20824-GLT   Doc 64   Filed 05/21/22   Entered 05/22/22 00:22:45   Desc Imaged
Certificate of Notice   Page 7 of 7

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 19, 2022 | Form ID: pdf900 | Total Noticed: 39 |

Suite 100, Los Angeles, CA 90010-3847

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC, a Delaware Limited Li |
| cr | | Community Loan Servicing LLC f/k/a Bayview Loan Se |
| cr | | Community Loan Servicing, LLC |
| 15009098 | | Park Building, LRD, c/o Weltman, Weinberg, and Rei |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 4 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 21, 2022       Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor City and School District of Pittsburgh jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Maria Miksich | on behalf of Creditor Community Loan Servicing LLC f/k/a Bayview Loan Servicing LLC mmiksich@kmllawgroup.com |
| Matthew M. Brennan | on behalf of Debtor Brenda L. Richmond attorneymatthewbrennan@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |

TOTAL: 10