

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

19-20824

DEBTOR(S):

BRENDA L RICHMOND

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 14 IN THE AMOUNT OF $2,082.32

CREDITOR'S SIGNATURE:

/s/ Brandie McCann

CREDITOR CONTACT INFO:

PYOD, LLC

Resurgent Capital Services

PO Box 19008

Greenville, SC 29602

(877) 264-5884

DATE:

4/28/2023