**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

04/28/2023

IN RE:

| | |
|---|---|
| BRENDA L. RICHMOND<br>1204 ROBINA DRIVE<br>PITTSBURGH,  PA  15221<br>XXX-XX-0976         Debtor(s) | Case No.19-20824 GLT<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

   NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

   This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

   This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

   The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay  100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/28/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **DUQUESNE LIGHT COMPANY(*)**<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA  15219 | Trustee Claim Number:1   INT %:  0.00%<br>Court Claim Number:16<br>CLAIM:  2,364.88<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2953 |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number:2   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  BAYVIEW LN SVCNG/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **NATIONSTAR MORTGAGE LLC(*)**<br>PO BOX 619094<br>DALLAS, TX  75261-9741 | Trustee Claim Number:3   INT %:  0.00%<br>Court Claim Number:17<br>CLAIM:  0.00<br>COMMENT:  PMT/DECL*DKT4PMT-LMT*BGN 3/19*FR BAYVIEW-DOC 48*FR CLS-DOC 75 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  1972 |
| **FAST LOANS AT DOLLAR SMART**<br>C/O AAS DEBT RECOVERY INC<br>PO BOX 129*<br>MONROEVILLE, PA  15146 | Trustee Claim Number:4   INT %:  0.00%<br>Court Claim Number:15<br>CLAIM:  279.47<br>COMMENT:  X1490/SCH*INSUFF POD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0813 |
| **ACCEPTANCE NOW**<br>5501 HEADQUARTERS DR<br>PLANO, TX  75024 | Trustee Claim Number:5   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0380 |
| **AES/PHEAA**<br>PO BOX 1375<br>BUFFALO, NY  14240-1375 | Trustee Claim Number:6   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  157O |
| **DR LEONARDS**<br>PO BOX 7821<br>EDISON, NJ  08818 | Trustee Claim Number:7   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  CAROL WRIGHT GIFTS/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6A4A |
| **QUANTUM3 GROUP LLC AGNT - SADINO FUNDIN**<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:8   INT %:  0.00%<br>Court Claim Number:13<br>CLAIM:  1,556.79<br>COMMENT:  FINGERHUT/SCUSA*FR BLUESTEM-DOC 31 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6659 |
| **FIRST PREMIER BANK**<br>POB 5114<br>SIOUX FALLS, SD  57117 | Trustee Claim Number:9   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5470 |
| **GINNYS**<br>1112 7TH AVE<br>MONROE, WI  53566 | Trustee Claim Number:10  INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR~SWISS COLONY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  163O |

| CLAIM RECORDS | | |
|---|---|---|
| **MIDNIGHT VELVET**<br>C/O CREDITORS BANKRUPTCY SERVICE*<br>PO BOX 800849<br><br>DALLAS, TX  75380 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  129O |
| **MONROE AND MAIN**<br>POB 2839<br><br>MONROE, WI  53566-8039 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  111O |
| **NORTHWEST BANK FKA NORTHWEST SAVINGS**<br>100 LIBERTY ST<br>PO BOX 337*<br><br>WARREN, PA  16365 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:1<br><br>CLAIM:  2,912.48<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7652 |
| **ATLAS ACQUISITIONS LLC - AS ASSIGNEE**<br>492C CEDAR LN STE 442<br><br>TEANECK, NJ  07666 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:12<br><br>CLAIM:  848.30<br>COMMENT:  X3242/SCH*TEMPOE*LEASE*$528.30 ARRS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  WQ8H |
| **FEDERAL PACIFIC CREDIT CO**<br>PO BOX 27198<br><br>SALT LAKE CITY, UT  84127 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:18<br><br>CLAIM:  863.24<br>COMMENT:  X3243/SCH*TEMPOE/KMART | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0470 |
| **FEDERAL PACIFIC CREDIT CO**<br>PO BOX 27198<br><br>SALT LAKE CITY, UT  84127 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:19<br><br>CLAIM:  787.72<br>COMMENT:  X3021/SCH*TEMPOE/KMART | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0469 |
| **VANCE AND HUFFMAN LLC**<br>55 MONETTE PKWY STE 100<br><br>SMITHFIELD, VA  23430 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  TEMPOE/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4998 |
| **VANCE AND HUFFMAN LLC**<br>55 MONETTE PKWY STE 100<br><br>SMITHFIELD, VA  23430 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  TEMPOE/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4997 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br><br>HOUSTON, TX  77210-4457 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:11<br><br>CLAIM:  1,063.18<br>COMMENT:  INSUFF POD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0001 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br><br>HOUSTON, TX  77210-4457 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:10<br><br>CLAIM:  808.57<br>COMMENT:  INSUFF POD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0001 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **WESTLAKE FINANCIAL SERVICES(*)**<br>4751 WILSHIRE BLVD STE 100<br>LOS ANGELES, CA 90010 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:7<br>CLAIM: 5,639.54<br>COMMENT: DEFICIENCY CL*SOLD AT AUCT | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7922 |
| **TYRON COLE**<br>1204 ROBINA DR<br>PITTSBURGH, PA 15221 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /SCH H | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **HUNTINGTON NATIONAL BANK(*)**<br>5555 CLEVELAND AVE - GW1N10<br>COLUMBUS, OH 43231 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 421.10<br>COMMENT: NT/SCH*DEPOSIT ACCNT OVERDRAFT*ACCT OPENED 8/3/17 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3252 |
| **PARK BUILDING LTD**<br>C/O WELTMAN WEINBERG & REIS CO LPA<br>PO BOX 93784<br>CLEVELAND, OH 44101-5784 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 75,881.85<br>COMMENT: NT/SCH*002248129*JUDGMENT | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8129 |
| **T MOBILE/T-MOBILE USA INC BY AMERICAN INF**<br>PO BOX 248848<br>OKLAHOMA CITY, OK 73124-8848 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 980.88<br>COMMENT: NT/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3345 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:5<br>CLAIM: 611.44<br>COMMENT: NT/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2750 |
| **NATIONSTAR MORTGAGE LLC(*)**<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:17<br>CLAIM: 13,804.02<br>COMMENT: $/CL-PL*THRU 2/19*FR BAYVIEW-DOC 48*FR CLS-DOC 75 | | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 1972 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 458.18<br>COMMENT: NT/SCH*FIRST PREMIER*STALE | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3958 |
| **COUNTY OF ALLEGHENY (RE TAX)***<br>C/O JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA 15102 | Trustee Claim Number:29  INT %: 12.00%<br>Court Claim Number:8-3<br>CLAIM: 29.93<br>COMMENT: NT/SCH*CL8-2GOV*146.33TTL/PL@12%*29-C-120-A*18-19*WNTS 12%*W/30*PIF/CR | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 120A |
| **COUNTY OF ALLEGHENY (RE TAX)***<br>C/O JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA 15102 | Trustee Claim Number:30  INT %: 0.00%<br>Court Claim Number:8-3<br>CLAIM: 0.00<br>COMMENT: NT/SCH*CL8-2GOV*146.33TTL/PL@12%*29-C-120-A*18-19*NON%*W/29*PIF/CR*AMD | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 120A |

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **CITY & SCHOOL DIST OF PITTSBURGH (RE)*** <br> C/O JORDAN TAX SVC <br> 102 RAHWAY RD <br> MCMURRAY, PA 15317 | Trustee Claim Number: 31  INT %: 0.00% <br> Court Claim Number: 9-2 <br> CLAIM: 0.00 <br> COMMENT: NT/SCH-PL*29-C-120-A*18-19*WNTS 10%*W/32*AMD CL =$0~PIF | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: 120A |
| **CITY & SCHOOL DIST OF PITTSBURGH (RE)*** <br> C/O JORDAN TAX SVC <br> 102 RAHWAY RD <br> MCMURRAY, PA 15317 | Trustee Claim Number: 32  INT %: 0.00% <br> Court Claim Number: 9-2 <br> CLAIM: 0.00 <br> COMMENT: NT/SCH-PL*29-C-120-A*18-19*NON%*W/31*AMD CL =$0~PIF | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: 120A |
| **PYOD LLC** <br> C/O RESURGENT CAPITAL SVCS <br> POB 19008 <br> GREENVILLE, SC 29602 | Trustee Claim Number: 33  INT %: 0.00% <br> Court Claim Number: 14 <br> CLAIM: 0.00 <br> COMMENT: NT/SCH*PLAINS COMMERCE*STALE CL@ $2082.32 W/D*DOC 98 | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 1402 |
| **PEOPLES NATURAL GAS CO LLC*** <br> ATTN BANKRUPTCY DEPARTMENT <br> 375 NORTH SHORE DR <br> PITTSBURGH, PA 15212 | Trustee Claim Number: 34  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: PMT/OE*BGN 7/22 DIST*DK | CRED DESC: PRIORITY CREDITOR <br> ACCOUNT NO.: 6281 |
| **PEOPLES NATURAL GAS CO LLC*** <br> ATTN BANKRUPTCY DEPARTMENT <br> 375 NORTH SHORE DR <br> PITTSBURGH, PA 15212 | Trustee Claim Number: 35  INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: EXTRA RECORD | CRED DESC: Post Petition Claim (1305) <br> ACCOUNT NO.: 6281 |