IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-20824-GLT |
| Brenda L. Richmond, | : | Chapter 13 |
| AKA Brenda L. Thompkins | : | |
|     Debtor | : | Related to Document No. 105, 108 |
| | : | |
| Brenda L. Richmond | : | Hearing Date: May 31, 2023 |
| AKA Brenda L. Thompkins | : | at 9 AM |
|     Movant | : | Response Due: May 18, 2023 |
|     v. | : | |
| | : | |
| Park Building, LTD | : | |
|     Respondents | : | |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION TO AVOID JUDICIAL LIEN, DOCUMENT NUMBER 105 AND 108**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion to Avoid Judicial Lien filed has been received. The undersigned further certifies that the Court's docket in the case has been reviewed and no answer, objection, or other responsive motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Avoid Judicial Lien were to be filed and served no later than May 18, 2023.

It is hereby respectfully requested that the Order attached to the Motion For Avoidance Of Judicial Lien be entered by the Court.

Dated: May 19, 2023

                                                /s/Matthew M. Brennan, Esq.
                                                Matthew M. Brennan
                                                201 S. Highland Avenue, Suite 201
                                                Pittsburgh, PA  15206
                                                PA ID No. 90195
                                                412-414-9366
                                                attorneymatthewbrennan@gmail.com