Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Brenda L. Richmond** | : | Case No. 19−20824−GLT |
| aka Brenda L. Thompkins | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 115 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 9/20/23 at 11:00 AM |
| *Respondent(s).* | : | |
| | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

*AND NOW,* this *The 27th of June, 2023*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 115 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** *and* **DECREED** that:

(1) **On or before August 11, 2023**, any **Response**, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on **September 20, 2023 at 11:00 AM** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20824-GLT |
| Brenda L. Richmond | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jun 27, 2023 | Form ID: 604 | Total Noticed: 41 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brenda L. Richmond, 1204 Robina Drive, Pittsburgh, PA 15221-1355 |
| 15004179 | + | Aaa Debt Rec, Pob 129, Monroeville, PA 15146-0129 |
| 15049985 | + | Fast Loans (at Dollar Smart), c/o Karen L. Hughes, Esquire, AAS Debt Recovery Inc., 2526 Monroeville Blvd., Suite 205, Monroeville, PA 15146-2371 |
| 15004190 | + | Security Check, Attn: Bankruptcy Dept, 2612 Jackson Ave W, Oxford, MS 38655-5405 |
| 15004191 | + | Tyron R. Cole, 1204 Robina Drive, Pittsburgh, PA 15221-1355 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Jun 28 2023 00:52:00 | City and School District of Pittsburgh, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: ebnjts@grblaw.com | Jun 28 2023 00:52:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 28 2023 01:06:45 | PYOD LLC, c/o Resurgent Capital Services, PO Box 19008, GREENVILLE, SC 29602-9008 |
| cr | | Email/Text: bnc-quantum@quantum3group.com | Jun 28 2023 00:52:00 | Quantum3 Group LLC, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15004181 | + | Email/Text: bncnotifications@pheaa.org | Jun 28 2023 00:52:00 | AES/PHEAA, Attn: Bankruptcy, 1200 North 7th St, Harrisburg, PA 17102-1419 |
| 15042546 | | Email/Text: bnc@atlasacq.com | Jun 28 2023 00:52:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 15004180 | + | Email/Text: bankruptcy@rentacenter.com | Jun 28 2023 00:53:00 | Acceptance Now, Attn: Acceptancenow Customer Service / B, 5501 Headquarters Dr, Plano, TX 75024-6191 |
| 15004182 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jun 28 2023 00:51:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 15051683 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jun 28 2023 00:51:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1839 |
| 15040233 | + | Email/Text: ebnjts@grblaw.com | Jun 28 2023 00:52:00 | City of Pittsburgh/School District of Pittsburgh, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 15301469 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 28 2023 00:52:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL |

Case 19-20824-GLT  Doc 117  Filed 06/29/23  Entered 06/30/23 00:31:08  Desc
Imaged Certificate of Notice  Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 27, 2023 | Form ID: 604 | Total Noticed: 41 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| | | | 33146-1839 |
| 15463826 | + Email/Text: ebnjts@grblaw.com | Jun 28 2023 00:52:00 | County of Allegheny, c/o GRB Law, Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15040231 | + Email/Text: ebnjts@grblaw.com | Jun 28 2023 00:52:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 15004183 | + Email/Text: bankruptcy@sccompanies.com | Jun 28 2023 00:51:00 | Dr Leonard's/Carol Wright Gifts, Po Box 7823, Edison, NJ 08818-7823 |
| 15049996 | + Email/Text: kburkley@bernsteinlaw.com | Jun 28 2023 00:53:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15059962 | ^ MEBN | Jun 28 2023 00:52:46 | FEDERAL PACIFIC CREDIT CO, PO BOX 27198, SALT LAKE CITY, UT 84127-0198 |
| 15004185 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 28 2023 01:19:20 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15004186 | + Email/Text: bankruptcy@sccompanies.com | Jun 28 2023 00:53:00 | Ginnys/Swiss Colony Inc, Attn: Credit Department, Po Box 2825, Monroe, WI 53566-8025 |
| 15004184 | Email/Text: bnc-bluestem@quantum3group.com | Jun 28 2023 00:53:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395 |
| 15027449 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 28 2023 01:06:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15004187 | + Email/Text: bankruptcy@sccompanies.com | Jun 28 2023 00:53:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15004188 | + Email/Text: bankruptcy@sccompanies.com | Jun 28 2023 00:53:00 | Monroe & Main, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 15507232 | Email/Text: nsm_bk_notices@mrcooper.com | Jun 28 2023 00:52:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 15004189 | + Email/Text: angela.abreu@northwest.com | Jun 28 2023 00:51:00 | Northwest Bank, Attn: Bankruptcy, Po Box 128, Warren, PA 16365-0128 |
| 15048514 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 28 2023 01:07:03 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 15016441 | + Email/Text: ebnpeoples@grblaw.com | Jun 28 2023 00:52:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15074250 | Email/Text: bnc-quantum@quantum3group.com | Jun 28 2023 00:52:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15046562 | Email/Text: bnc-quantum@quantum3group.com | Jun 28 2023 00:52:00 | Quantum3 Group LLC as agent for, Bluestem and SCUSA, PO Box 788, Kirkland, WA 98083-0788 |
| 15011719 | Email/PDF: ebn_ais@aisinfo.com | Jun 28 2023 01:06:55 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 15009457 | + Email/Text: bankruptcy@huntington.com | Jun 28 2023 00:53:00 | The Huntington National Bank, 3 Cascade Plaza CAS056, Akron, OH 44308-1124 |
| 15004192 | + Email/Text: webadmin@vhllc.co | Jun 28 2023 00:53:00 | Vance & Huffman Llc, Attn: Bankruptcy, 55 Monette Pkwy Ste 100, Smithfield, VA 23430-2577 |
| 15004193 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 28 2023 00:51:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 15041092 | Email/PDF: ebn_ais@aisinfo.com | Jun 28 2023 01:07:16 | Verizon, by American InfoSource as agent, PO |

Case 19-20824-GLT   Doc 117   Filed 06/29/23   Entered 06/30/23 00:31:08   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 27, 2023 | Form ID: 604 | Total Noticed: 41 |

| | | | | |
|---|---|---|---|---|
| | | | | Box 4457, Houston, TX 77210-4457 |
| 15004194 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Jun 28 2023 00:51:00 | Verizon Wireless, Attn: Verizon Wireless Bankruptcy Admini, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |
| 15004195 | + | Email/Text: bankruptcynotice@westlakefinancial.com | | |
| | | | Jun 28 2023 00:53:00 | Westlake Financial Services, Customer Care, Po Box 76809, Los Angeles, CA 90076-0809 |
| 15032464 | + | Email/Text: bankruptcynotice@westlakefinancial.com | | |
| | | | Jun 28 2023 00:53:00 | Westlake Financial Services, 4751 Wilshire Blvd., Suite 100, Los Angeles, CA 90010-3847 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC, a Delaware Limited Li |
| cr | | Community Loan Servicing LLC f/k/a Bayview Loan Se |
| cr | | Community Loan Servicing, LLC |
| cr | | Nationstar Mortgage LLC |
| 15009098 | | Park Building, LRD, c/o Weltman, Weinberg, and Rei |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 5 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com |
| Christopher A. DeNardo | on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Jeffrey R. Hunt | on behalf of Creditor County of Allegheny jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor City and School District of Pittsburgh jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Jun 27, 2023 | Form ID: 604 | Total Noticed: 41 |

Lorraine Gazzara Doyle
    on behalf of Creditor Nationstar Mortgage LLC ldoyle@logs.com  logsecf@logs.com

Maria Miksich
    on behalf of Creditor Community Loan Servicing LLC f/k/a Bayview Loan Servicing LLC mmiksich@kmllawgroup.com

Matthew M. Brennan
    on behalf of Debtor Brenda L. Richmond attorneymatthewbrennan@gmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 12